**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **GLOBAL LEGENDS TRUST,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **JPMORGAN CHASE BANK, N.A.,** | ) | **3:26-cv-00287-SDD-EWD** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO STRIKE
PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO SUBSTITUTE ELI
FIELDS AS REAL PARTY IN INTEREST AND TO AMEND THE
COMPLAINT**

Defendant JPMorgan Chase Bank, N.A. ("Chase"), by and through undersigned counsel, respectfully submits this Motion to Strike Plaintiff's Reply in Support of Motion to Substitute Eli Fields as Real Party in Interest and to Amend the Complaint (*see* ECF No. 35).

Eli Fields filed the Motion to Substitute Eli Fields as Real Party in Interest Pursuant to Fed. R. Civ. P. 17(a)(3) and Motion for Leave to File Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)(2) (*see* ECF No. 32) on May 26, 2026. Chase timely filed its Response in Opposition (*see* ECF No. 34) on June 15, 2026. Thereafter, without leave of Court, Fields filed a Reply in Support of Motion to Substitute Eli Fields as Real Party in Interest and to Amend the Complaint (*see* ECF

No. 35) on June 26, 2026. The filing of that Reply is procedurally improper under this Court's Local Civil Rules and should be stricken.

In support thereof, Chase relies on the Memorandum in Support filed Contemporaneously herewith.

Respectfully submitted this 10th day of July, 2026.

*/s/ Christopher D. Meyer*
Christopher D. Meyer, LA Bar #35917
Attorney for Defendant
JPMORGAN CHASE BANK, N.A.

**OF COUNSEL:**
BURR & FORMAN LLP
190 E. Capitol Street, Suite M-100
Jackson, MS  39201
Telephone:  (601) 355-3434
Facsimile:  (601) 355-5150
cmeyer@burr.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been served by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail on this 10th day of July, 2026:

Eli Fields
7200 Cypress Lakes Apt. Blvd, Suite 1020
Baton Rouge, LA  70809

*/s/ Christopher D. Meyer*
OF COUNSEL