# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

GLOBAL LEGENDS TRUST,     )
      **Plaintiff,**     )
     )
**v.**     )
     ) **CIVIL ACTION NO.**
**JPMORGAN CHASE BANK, N.A.,**     )      **3:26-cv-00287-SDD-EWD**
     )
      **Defendant.**     )
     )
     )

## DEFENDANT JPMORGAN CHASE BANK, N.A.'S MEMORANDUM IN SUPPORT OF MOTION TO STRIKE PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO SUBSTITUTE ELI FIELDS AS REAL PARTY IN INTEREST AND TO AMEND THE COMPLAINT

Defendant JPMorgan Chase Bank, N.A. ("Chase"), by and through undersigned counsel, respectfully submits this Memorandum in Support of Motion to Strike Plaintiff's Reply in Support of Motion to Substitute Eli Fields as Real Party in Interest and to Amend the Complaint (*see* ECF No. 35). In support thereof, Chase states as follows:

## BACKGROUND

Eli Fields ("Fields") filed the Motion to Substitute Eli Fields as Real Party in Interest Pursuant to Fed. R. Civ. P. 17(a)(3) and Motion for Leave to File Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)(2) (*see* ECF No. 32) on May 26, 2026. Chase timely filed its Response in Opposition (*see* ECF No. 34) on June 15, 2026. Thereafter, without leave of Court, Fields filed a Reply in Support of Motion to

69681280 v1

Substitute Eli Fields as Real Party in Interest and to Amend the Complaint (*see* ECF No. 35) on June 26, 2026. The filing of that Reply is procedurally improper under this Court's Local Civil Rules and should be stricken.

## ARGUMENT

The Local Civil Rules of the Middle District of Louisiana strictly limit the circumstances under which a party may file a reply memorandum without leave of court. Local Civil Rule 7(f) provides, in relevant part:

> "Reply memoranda may be filed without leave of Court in Rule 12 and Rule 56 motions only. . . . **Leave of court must be obtained to file reply and surreply memoranda in all other motions not listed**."

> LR 7(f) (emphasis added).

A motion to substitute a real party in interest under Federal Rule of Civil Procedure 17(a)(3) is plainly not a Rule 12 motion or a Rule 56 motion. Nor is a motion for leave to amend under Federal Rule of Civil Procedure 15(a)(2). Accordingly, Local Civil Rule 7(f) does not permit the filing of a reply memorandum in connection with either motion without prior leave of court. Fields neither sought nor obtained leave before filing the Reply.

Fields' pro se status does not exempt him from compliance with this Court's Local Civil Rules. *See McNeil v. United States*, 508 U.S. 106, 113 (1993) ("[W]e have never suggested that procedural rules in ordinary civil litigation should be interpreted so as to excuse mistakes by those who proceed without counsel."). This

Court has the inherent authority and the explicit procedural framework to strike improper filings that do not comply with applicable rules.

Fields has been an exceptionally active filer in this matter, and this is not the first time he has filed unauthorized reply briefing without leave of court. Permitting unauthorized replies—which Defendant has no right to respond to absent further leave—would prejudice Defendant and undermine the orderly briefing process this Court's rules are designed to provide. Because the Reply was filed without leave of court and in direct contravention of Local Civil Rule 7(f), it should be stricken from the record or, in the alternative, disregarded entirely by the Court in ruling on the Motion to Substitute and Motion for Leave to Amend.

## CONCLUSION

For the foregoing reasons, Chase respectfully requests that this Court strike or disregard Plaintiff's Reply in Support of Motion to Substitute Eli Fields as Real Party in Interest and to Amend the Complaint (ECF No. 35) as an improper filing in violation of Local Civil Rule 7(f). Chase further requests any other relief the Court deems just and proper.

Respectfully submitted this 10th day of July, 2026.

/s/ Christopher D. Meyer
Christopher D. Meyer, LA Bar #35917
Attorney for Defendant
JPMORGAN CHASE BANK, N.A.

4

**OF COUNSEL:**
BURR & FORMAN LLP
190 E. Capitol Street, Suite M-100
Jackson, MS  39201
Telephone:  (601) 355-3434
Facsimile:  (601) 355-5150
cmeyer@burr.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been served by Notice of

Electronic Filing, or, if the party served does not participate in Notice of Electronic

Filing, by U.S. First Class Mail on this 10th day of July, 2026:

Eli Fields
7200 Cypress Lakes Apt. Blvd, Suite 1020
Baton Rouge, LA  70809

*/s/ Christopher D. Meyer*
OF COUNSEL